THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN A. WILCOX, Appellant, *v.* WILLIAM H. CURTIS, as Clerk of Arrears of Taxes and Assessments of the City of Mount Vernon, Respondent.

*People ex rel. Wilcox* v. *Curtis,* 121 App. Div. 909, appeal dismissed. (Submitted February 18, 1908; decided March 3, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 14, 1907, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to strike from the record of arrears of taxes certain items entered as taxes due and unpaid upon the property of the relator.

*F. H. Van Vechten* for appellant.

*J. Mortimer Bell* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.